UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:08-cr-282-ORL-19-DAB
 18 U.S.C. § 1341
GARY ERNEST WILLIAMS 26 U.S.C. § 7201
 18 U.S.C. § 981(a)(1)(C)-Forfeiture
 28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH THIRTY-EIGHT

### I. INTRODUCTION

1. At all times material herein, Marian Gardens Tree Farm Inc. (Marian Gardens) was a Florida corporation, with offices in Groveland, Florida, engaged in the business of growing and selling trees and mining and selling potting soil and landscape mix. Dennis Hillary and Shaun Hillary were the owners of the corporation. Defendant **GARY ERNEST WILLIAMS (WILLIAMS)** had been the controller of Marian Gardens until terminated by the Hillarys in or about January 2008. **WILLIAMS** did not have any ownership interest in Marian Gardens.

2. At all times material herein, American Express (AMEX) was a credit card company that received payments in Fort Lauderdale, Florida.

3. At all times material herein, Federal Express (FedEx) was a private and commercial interstate carrier, engaged in the transmission, transportation or delivery of

1



messages or other articles in interstate commerce, that is, from any place in one state to any place in another state, operating in the State of Florida.

## II. THE SCHEME TO DEFRAUD

4. From a date unknown, possibly as early as on or about January 2, 2007, and continuing until on or about January 31, 2008, in Lake County, Florida, in the Middle District of Florida, and elsewhere, defendant **GARY ERNEST WILLIAMS**, knowingly and willfully devised and executed a scheme and artifice to defraud Marian Gardens of money and property, and to obtain money and property of Marian Gardens, by means of false and fraudulent pretenses, representations, and promises.

## III. MANNER AND MEANS

5. The substance of the scheme and artifice to defraud and to obtain money and property by false pretenses, representations and promises included among other things, the following:

    a. It was part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would use bank accounts of Marian Gardens to fraudulently write checks to himself and pay personal expenses.

    b. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would forge the signature of owner Shaun Hillary on most fraudulent checks.

    c. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would alter books and records to make these payments look like business expenses of Marian Gardens.

d. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would use bank accounts of Marian Gardens to fraudulently write large checks to himself, as well as various credit card creditors, like American Express (AMEX), and automobile loan creditors.

e. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would send checks via Federal Express (FedEx) to American Express (AMEX) to make payments on his American Express (AMEX) account.

f. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would use the Federal Express (FedEx) account belonging to Marian Gardens to send his American Express (AMEX) payments.

g. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would not provide anyone with a true copy of the checks; instead, when the owners of Marian Gardens or an accounts payable employee began to notice the "missing checks," **WILLIAMS** told them that the checks had been voided, held by an owner, or not yet used.

h. It was further part of the scheme and artifice to defraud that defendant **GARY ERNEST WILLIAMS** would provide altered checks to the accounts payable clerk. Specifically, **WILLIAMS** would not give the accounts payable clerk actual canceled checks, but instead would give the accounts payable clerk a carbon copy or check stub that appeared to be for a legitimate business expense.

## IV. THE MAILINGS

6. On or about the dates specified below, with regard to a scheme to defraud

which was begun, continued and completed in Lake County, Florida in the Middle District of Florida, and elsewhere,

## GARY ERNEST WILLIAMS

the defendant herein, having devised the above-described scheme and artifice to defraud, and for the purpose of executing and attempting to execute the scheme and artifice to defraud, and for the purpose of obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did knowingly and willfully cause to be sent and delivered by private and commercial interstate carrier, including Federal Express (FedEx), to American Express (AMEX), according to the direction thereon, and did knowingly cause to be taken and received from the private or commercial interstate carrier, including Federal Express (FedEx), by American Express (AMEX), the following matters and things:

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 1 | 1-2-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-3-07 | Payment of $36,000 to AMEX with Marian Gardens check # 16856 | FedEx |
| 2 | 1-30-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-31-07 | Payment of $36,862.12 to AMEX with Marian Gardens check # 16905 | FedEx |

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 3 | 2-13-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 2-14-07 | Payment of $13,848.00 to AMEX with Marian Gardens check # 16936 | FedEx |
| 4 | 2-27-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 2-28-07 | Payment of $22,174.90 to AMEX with Marian Gardens check # 16964 | FedEx |
| 5 | 3-19-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 3-20-07 | Payment of $60,000 to AMEX with Marian Gardens check # 16991 | FedEx |
| 6 | 3-26-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 3-27-07 | Payment of $32,415.40 to AMEX with Marian Gardens check # 17013 | FedEx |
| 7 | 4-2-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 4-3-07 | Payment of $30,000 to AMEX with Marian Gardens check # 17030 | FedEx |
| 8 | 4-16-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 4-17-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17073 | FedEx |

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 9 | 4-30-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 5-1-07 | Payment of $60,000 to AMEX with Marian Gardens check # 17096 | FedEx |
| 10 | 5-14-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 5-15-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17116 | FedEx |
| 11 | 5-22-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 5-23-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17129 | FedEx |
| 12 | 5-31-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 6-1-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17153 | FedEx |
| 13 | 6-11-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 6-12-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17186 | FedEx |
| 14 | 6-20-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 6-21-07 | Payment of $60,000 to AMEX with Marian Gardens check # 17193 | FedEx |

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 15 | 7-5-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 7-6-07 | Payment of $60,000 to AMEX with Marian Gardens check # 17210 | FedEx |
| 16 | 7-25-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 7-26-07 | Payment of $50,000 to AMEX with Marian Gardens check # 17247 | FedEx |
| 17 | 7-31-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 8-1-07 | Payment of $60,000 to AMEX with Marian Gardens check # 17255 | FedEx |
| 18 | 8-16-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 8-17-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17300 | FedEx |
| 19 | 8-21-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 8-22-07 | Payment of $22,448.16 to AMEX with Marian Gardens check # 17297 | FedEx |
| 20 | 8-27-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 8-28-07 | Payment of $41,884.40 to AMEX with Marian Gardens check # 17299 | FedEx |

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 21 | 9-4-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 9-5-07 | Payment of $60,000 to AMEX with Marian Gardens check # 17321 | FedEx |
| 22 | 9-10-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 9-11-07 | Payment of $60,000 to AMEX with Marian Gardens check # 17342 | FedEx |
| 23 | 9-24-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 9-25-07 | Payment of $50,000 to AMEX with Marian Gardens check # 17357 | FedEx |
| 24 | 10-8-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 10-9-07 | Payment of $65,000 to AMEX with Marian Gardens check # 17387 | FedEx |
| 25 | 10-15-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 10-16-07 | Payment of $65,000 to AMEX with Marian Gardens check # 17397 | FedEx |
| 26 | 10-29-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 10-30-07 | Payment of $50,000 to AMEX with Marian Gardens check # 17420 | FedEx |

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 27 | 10-31-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 11-1-07 | Payment of $75,000 to AMEX with Marian Gardens check # 17454 | FedEx |
| 28 | 11-5-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 11-6-07 | Payment of $50,000 to AMEX with Marian Gardens check # 17455 | FedEx |
| 29 | 11-30-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 12-1-07 | Payment of $49,786.42 to AMEX with Marian Gardens check # 17493 | FedEx |
| 30 | 12-3-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 12-4-07 | Payment of $70,000 to AMEX with Marian Gardens check # 17507 | FedEx |
| 31 | 12-6-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 12-7-07 | Payment of $40,000 to AMEX with Marian Gardens check # 17520 | FedEx |
| 32 | 12-12-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 12-13-07 | Payment of $70,000 to AMEX with Marian Gardens check # 17541 | FedEx |

| COUNT | SHIP DATE | SENDER | RECIPIENT | DELIVERY DATE | ITEM SENT | DELIVERY METHOD |
|---|---|---|---|---|---|---|
| 33 | 12-26-07 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 12-27-07 | Payment of $70,000 to AMEX with Marian Gardens check # 17558 | FedEx |
| 34 | 1-2-08 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-3-08 | Payment of $70,000 to AMEX with Marian Gardens check # 17567 | FedEx |
| 35 | 1-3-08 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-4-08 | Payment of $50,000 to AMEX with Marian Gardens check # 17577 | FedEx |
| 36 | 1-7-08 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-8-08 | Payment of $35,000 to AMEX with Marian Gardens check # 17579 | FedEx |
| 37 | 1-23-08 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-24-08 | Payment of $10,000 to AMEX with Marian Gardens check # 17603 | FedEx |
| 38 | 1-30-08 | Gary Williams/ Marian Gardens - Groveland, FL | AMEX - Ft. Lauderdale, FL | 1-31-08 | Payment of $20,000 to AMEX with Marian Gardens check # 17604 | FedEx |

**All in violation of Title 18, United States Code, Section 1341**

## COUNT THIRTY-NINE

7. During the calendar year 2004, in Lake County and Orange County, Florida, in the Middle District of Florida, and elsewhere,

**GARY ERNEST WILLIAMS**

the defendant herein, who was a resident of Orange County, Florida, had and received taxable income in the sum of approximately $1,484,337; that upon said taxable income there was owing to the United States of America, an income tax of approximately $516,685; that well-knowing and believing the foregoing facts, defendant **GARY ERNEST WILLIAMS**, on or before April 15, 2005, in the Middle District of Florida, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, paying personal expenses with corporate funds; making false entries in corporate records; and withdrawing and using cash for a significant number of substantial purchases.

All in violation of Title 26, United States Code, Section 7201.

## COUNT FORTY

8. During the calendar year 2005, in Lake County and Orange County, Florida, in the Middle District of Florida, and elsewhere,

**GARY ERNEST WILLIAMS**

the defendant herein, who was a resident of Orange County, Florida, had and received

taxable income in the sum of approximately $1,497,695; that upon said taxable income there was owing to the United States of America, an income tax of approximately $521,549; that well-knowing and believing the foregoing facts, defendant **GARY ERNEST WILLIAMS**, on or before April 17, 2006, in the Middle District of Florida, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, paying personal expenses with corporate funds; making false entries in corporate records; and withdrawing and using cash for a significant number of substantial purchases.

All in violation of Title 26, United States Code, Section 7201.

## COUNT FORTY-ONE

9.   During the calendar year 2006, in Lake County and Orange County, Florida, in the Middle District of Florida, and elsewhere,

### GARY ERNEST WILLIAMS

the defendant herein, who was a resident of Orange County, Florida, had and received taxable income in the sum of approximately $2,157,465; that upon said taxable income there was owing to the United States of America, an income tax of approximately $754,669; that well-knowing and believing the foregoing facts, defendant **GARY ERNEST WILLIAMS**, on or before April 16, 2007, in the Middle District of Florida, did willfully attempt to evade and defeat the said income tax due and owing by him to the

United States of America for said calendar year by failing to make an income tax return on or before April 16, 2007, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, by paying personal expenses with corporate funds; making false entries in corporate records; and withdrawing and using cash for a significant number of substantial purchases.

All in violation of Title 26, United States Code, Section 7201.

## COUNT FORTY-TWO

10. During the calendar year 2007, in Lake County and Orange County, Florida, in the Middle District of Florida, and elsewhere,

## GARY ERNEST WILLIAMS

the defendant herein, who was a resident of Orange County, Florida, had and received taxable income in the sum of approximately $5,470,788; that upon said taxable income there was owing to the United States of America, an income tax of approximately $1,915,796; that well-knowing and believing the foregoing facts, defendant **GARY ERNEST WILLIAMS**, on or before April 15, 2008, in the Middle District of Florida, did willfully attempt to evade and defeat the said income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2008, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service said income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, by paying personal expenses with

corporate funds; making false entries in corporate records; and withdrawing and using cash for a significant number of substantial purchases.

All in violation of Title 26, United States Code, Section 7201.

## FORFEITURE

1.  The allegations contained in Counts One through Thirty-Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  From his engagement in the violations alleged in Counts One through Thirty-Eight of this Indictment, punishable by imprisonment for more than one year, the defendant

## GARY ERNEST WILLIAMS

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence

    b.    had been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Tanya D. Wilson
Assistant United States Attorney

By: _____
I. Randall Gold
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

GARY ERNEST WILLIAMS

**INDICTMENT**

Violations:

18 U.S.C. § 1341
26 U.S.C. § 7201

A true bill,

_____
Foreperson

Filed in open court this 17th day

of December, A.D. 2008.

_____
Clerk

Bail $_____

GPO 863 525