UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                      CASE NO. 6:08-CR-282-ORL-19DAB

GARY ERNEST WILLIAMS

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 41, filed July 27, 2009), and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 41) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Gary Ernest Williams has entered a plea of guilty to Counts 34, 35, 36, 37, 38, and 42 of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts 34, 35, 36, 37, 38, and 42 of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 43, filed July 27, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   28th   day of July, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy