**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

      v.                  Case No. 6:08-cr-282-Orl-19DAB
                                      (Forfeiture)

**GARY ERNEST WILLIAMS**

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on United States' Motion for Entry of a Forfeiture Money Judgment in the amount of **$10,500,000.00**, which, upon entry, shall be a final order of forfeiture as to the defendant. The Court, being fully advised in the premises, hereby finds as follows:

1.    That defendant, Gary Ernest Williams, has agreed that $10,500,000.00 in proceeds were obtained as a result of his mail fraud offenses, in violation of 18 U.S.C. § 1341, as alleged in the Indictment and for which he pled guilty to;

2.    That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the United States is entitled to a Forfeiture Money Judgment in the amount of **$10,500,000.00** against the defendant.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion is GRANTED. It is **FURTHER ORDERED** that defendant Gary Ernest Williams, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2) is

personally liable to the United States of America for a forfeiture money judgment in the amount of **$10,500,000.00**[1].

DONE and ORDERED this  2nd  day of  September , 2009, in Orlando, Florida.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The value of the net recovery from the sale of any forfeited assets contained in the Preliminary Order of Forfeiture shall be credited against this sum.