# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

GARY ERNEST WILLIAMS

Case Number: 6:08-CR-282-ORL-19DAB

USM Number: 61551-066

Travis Williams, Esq.
128 E. Livingston St.
Orlando, Fl 32801

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Counts Thirty-Four, Thirty-Five, Thirty-Six, Thirty-Seven, Thirty-Eight and Forty-Two of the Indictment. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | January 31, 2008 | Thirty-Four |
| 18 U.S.C. § 1341 | Mail Fraud | January 31, 2008 | Thirty-Five |
| 18 U.S.C. § 1341 | Mail Fraud | January 31, 2008 | Thirty-Six |
| 18 U.S.C. § 1341 | Mail Fraud | January 31, 2008 | Thirty-Seven |
| 18 U.S.C. § 1341 | Mail Fraud | January 31, 2008 | Thirty-Eight |
| 26 U.S.C. § 7201 | Income Tax Evasion | April 15, 2008 | Forty-Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts One through Thirty-Three and Thirty-Nine through Forty-One are dismissed on motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
11/30/2009

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

December _____, 2009

AO 245B (Rev. 4/09) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **97 Months**. (This term consists of a term of 97 months on each of Counts Thirty-Four, Thirty-Five, Thirty-Six, Thirty-Seven and Thirty-Eight and a term of 60 months on Count Forty-Two, all such terms to run concurrent.)

It is requested, but not required that the defendant be afforded drug treatment and therapy while incarcerated.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

AO 245B (Rev. 4/09) Judgment in a Criminal Case

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall **participate in a substance abuse program** (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall **participate in a mental health treatment program** (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. The defendant shall perform **125 hours of community service** as a condition of supervision in lieu of paying a fine.

4. The defendant shall be **prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases** without prior approval of the Probation Officer. You shall provide the probation officer access to any requested financial information.

5. The defendant shall **cooperate in the collection of DNA**, as directed by the Probation Officer.

6. The defendant shall fully **cooperate with the Internal Revenue Service** and in keeping with that cooperation provide the Internal Revenue Service with lawful tax returns and any documentation necessary for the years 2004-2007. Additionally, the defendant shall pay all outstanding taxes, interest, and penalties relating to the offense of conviction. Furthermore, the defendant shall provide the Probation Officer with verification that the income tax obligations are being met to the fullest extent possible.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $600.00, due immediately | -0- | $14,175,000.00 plus interest and penalties |

The defendant shall make restitution (including community restitution) to the following payees in the amount listed below. **Restitution is payable to Clerk, U.S. District court for disbursement to the victims.**

## SCHEDULE OF PAYMENTS

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Marian Gardens Tree Farm<br>619 W. State Road 50<br>Groveland, Florida 34736 | $10,500,000.00 | $10,500,000.00 | |
| Internal Revenue Service<br>IRS-RACS, Mail Stop 6261,<br>Restitution<br>333 W. Pershing Avenue<br>Kansas City, Missouri 64108 | $3,675,000.00<br>plus interest and penalties | $3,675,000.00<br>plus interest and penalties | |

Having assessed the defendant's ability to pay, payment of restitution shall be due as follows:

While in Bureau of Prisons custody, the defendant shall either (1) pay at least $25 quarterly if he has a non-Unicor job or (2) pay at least 50% of his monthly earnings if he has a Unicor job toward restitution. Upon release from custody, the defendant is ordered to begin making payments of $50.00 per month.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## FORFEITURE

**The defendant shall forfeit to the United States those assets identified in the Plea Agreement that are subject to forfeiture.**

AO 245B (Rev. 4/09) Judgment in a Criminal Case

MD/FL - 5/2006

## Gary Ernest Williams

### DOCKET NO: 6:08-CR-282-ORL-19DAB

Gary Ernest Williams, on July 27, 2009, you entered a plea of guilty to Counts Thirty-Four through Thirty-Eight of the Indictment charging you with Mail Fraud, in violation of Title 18, United States Code, Section 1341, and Count Forty-Two of the Indictment charging you with Income Tax Evasion, in violation of Title 26, United States Code, Section 7201.

We have now reached the stage in the proceedings where it is my duty to address several questions to you and your attorney and the counsel for the government:

**Rule 32 issues** (Questions to be posed to the defendant, the defendant's attorney and the attorney for the government:)

Have you had the opportunity to read and discuss the presentence report?

Do you have any objections as to the factual accuracy of the report?

Do you wish to make any objections to the probation officer's application of the guidelines?

There being no objections to the factual statements contained in the presentence report, the Court adopts those statements as its findings of fact and determines that the advisory guidelines are:

**Findings of Fact and Application of Guidelines to Facts**

Total Offense Level ___28___

Criminal History Category ___I___

_78_ to _97_ months imprisonment

_2_ to _3_ years supervised release

$_14,175,000_ restitution

$_12,500_ to $_125,000_ fine

$_600_ special assessment

RE: Williams, Gary Ernest

## SENTENCE

**Issues pertaining to victim rights**   (Questions to be posed to the attorney for the government pertaining to victim rights under the Justice for All Act of 2004:)

Is the victim present in the courtroom?

Does the victim wish to make a statement?

**Rule 32 Issues**   (Questions to be posed to the defendant, the defendant's attorney and the attorney for the government:)

Do you know of any reason why this Court should not now proceed with imposition of sentence?

Do you wish to make a statement or to present any information in mitigation of the sentence?

The Court has asked the defendant why judgment should not now be pronounced, and, after hearing the defendant's response, the Court has found no cause to the contrary. The parties have made statements in their behalf or have waived the opportunity to do so, and the Court has reviewed the presentence report. Pursuant to Title 18, United States Code, Sections 3551 and 3553 and the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Gary Ernest Williams, is hereby:

**Imprisonment**

Committed to the custody of the Bureau of Prisons to be imprisoned for a term of [ _97 months_ ]. This term consists of terms of [ _97_ ] months on each of Counts [ _34 thru 38_ ] and terms of [ _60_ ] months on each of Counts [ _42_ ], all such terms to run concurrent. _It is requested but not required that Defendant be Afforded drug treatment and therapy_

2

RE: Williams, Gary Ernest

**Supervised Release**

Upon release from imprisonment, you shall be placed on supervised release for a term of [handwritten: 3 years]

**Mandatory Drug Testing**

The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

**Special Conditions**

While on supervised release, you shall comply with the standard conditions adopted by the Court in the Middle District of Florida.

In addition, you shall comply with the following special conditions:

**Drug Aftercare**

You shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, you are directed to submit to random drug testing.

**RE: Williams, Gary Ernest**

**Mental Health**

You shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, you shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**DNA Collection**

You shall cooperate in the collection of DNA, as directed by the probation officer.

**Financial**

You shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating yourself for any major purchases without approval of the probation officer.

You shall provide the probation officer access to any requested financial information.

**Fine**

Based upon your limited financial status, the fine is waived.

**OR**

It is further ordered that you shall pay to the United States a fine of $_____.

While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job. Upon release from custody, you are ordered to begin making payments of $*50 *100 per month and this payment schedule shall continue until such time as the Court is notified by you or the government that there has been a material change in your ability to pay.

**OR**

You are hereby ordered to immediately pay this obligation in full.

4

**RE: Williams, Gary Ernest**

**Community Service**

In lieu of paying a fine, you shall perform _125_ hours of community service as a condition of supervised release.

**Internal Revenue**

You shall fully cooperate with the Internal Revenue Service and in keeping with that cooperation provide the Internal Revenue Service with lawful tax returns and any documentation necessary for the years 2004 to 2007. Additionally, you shall pay all outstanding taxes, interest, and penalties relating to the offense of conviction. Furthermore, you shall provide the probation officer with verification that the income tax obligations are being met to the fullest extent possible.

**Special Assessment**

It is further ordered that you shall pay to the United States a special assessment of $_600_, which shall be due immediately.

**Restitution**

The mandatory restitution provisions of 18 U.S.C. § 3663A apply in this case. It is ordered that you shall make restitution in the amount of $ 10.5 million to Marian Gardens Tree Farm, 619 W. State Road 50, Groveland, Florida 34736; and in the amount of $3,675,000 to the Internal Revenue Service (IRS-RACS, Mail Stop 6261, Restitution, 333 W. Pershing Avenue, Kansas City, Missouri 64108) _plus interest and penalties_. Restitution is payable to the Clerk, U.S. District Court, for distribution to the victims.

5

RE: Williams, Gary Ernest

While in Bureau of Prisons custody, you shall either (1) pay at least $25 quarterly if you have a non-Unicor job or (2) pay at least 50% of your monthly earnings if you have a Unicor job. Upon release from custody, you are ordered to begin making payments of $50 ~~$100~~ per month ~~and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in your ability to pay.~~

✓

**Forfeiture (If applicable)**

It is further ordered that you shall forfeit to the United States those assets previously identified in the Plea Agreement, that are subject to forfeiture.

**Reasons for Sentence**

After considering the advisory sentencing guidelines, and all of the factors identified in Title 18, United States Code, Sections 3553(a)(1) - (7), the Court finds that the sentence imposed is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

**OR**

~~The Court departs from the guideline range for the following reason(s):~~ ✓

**Plea Agreement**

The Court has accepted the Plea Agreement because it is satisfied that the agreement adequately reflects the seriousness of the actual offense behavior and that accepting the Plea Agreement will not undermine the statutory purposes of sentencing. The Court finds that a conviction on the additional counts would not affect the offense level or any other guideline computation.

6

**RE: Williams, Gary Ernest**

**Other Counts**

In accordance with the Plea Agreement, it is ordered that <u>Counts One through Thirty-Three and Counts Thirty-Nine through Forty-One</u> of the Indictment be dismissed.

**Remand**

You are hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

**Final Objections**

The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Notice of Appeal of Sentence**

To the extent permitted by your Plea Agreement, you are now advised that it is your right to appeal from the sentence within ten (10) days from this date or from the date the judgment is recorded, whichever is later. Failure to appeal within the ten-day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. You are also advised that you are entitled to assistance of counsel in taking an appeal, and if you are unable to afford a lawyer, one will be provided for you.

**Instructions to Clerk**

The Clerk is instructed to attach this sentencing statement to the Judgment and Commitment Order.